UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.    2:24-cv-01986-CJC-AJR                             Date:  March 29, 2024
                                                              Page 1 of 2

Title:    Jessica Martinez v. USCIS

DOCKET ENTRY:  **ORDER TO SHOW CAUSE RE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROVIDE A CURRENT ADDRESS**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| _Claudia Garcia-Marquez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On March 12, 2024, *pro se* Plaintiff Jessica Martinez ("Plaintiff"), filed a complaint (the "Complaint") against "USCIS."  (Dkt. 1.)  On March 21, 2024, the Court dismissed Plaintiff's Complaint with leave to amend for various pleading deficiencies.  (Dkt. 5.)  The Court's dismissal order was returned as undeliverable on March 27, 2024. (Dkt. 7.) The docket does not reflect any attempt by Plaintiff to provide an updated address.

Plaintiff is advised that pursuant to the Central District's Local Rule 41-6, she has an obligation to keep the Court informed of her current address of record or the Court may dismiss this action:

A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      2:24-cv-01986-CJC-AJR                                      Date:  March 29, 2024
                                                                                                  Page 2 of 2

Title:        Jessica Martinez v. USCIS

order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address **within 14 days of the service date of the order or other Court document**, the Court may dismiss the action with or without prejudice for failure to prosecute.

C.D. Cal. L.R. 41-6.

The Court cannot communicate with Plaintiff without an accurate address.  Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **April 4, 2024** why the Court should not recommend that this action be dismissed with prejudice pursuant to Local Rule 41-6 for Plaintiff's failure to provide a current address.  Plaintiff may satisfy this Order by filing a response with a current address.

**If Plaintiff no longer wishes to pursue her claims, she may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  A Notice of Dismissal form is attached for Plaintiff's convenience.  Plaintiff is warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).