JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA M. MARTINEZ,<br><br>                Plaintiff,<br><br>   v.<br><br>USCIS,<br><br>                Defendant. | Case No. 2:24-cv-01986-MCS-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 5, 2024

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE